UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC TYMELL BAKER,<br><br>        Plaintiff,<br><br>  -against-<br><br>PESTANA PARK AVENUE,<br><br>        Defendant. | 22-CV-9253 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons discussed in the Court's December 5, 2022, order, and the Court's February 15, 2023, order, this action is dismissed, and Plaintiff is barred from filing any future civil action in this court *in forma pauperis* without first obtaining leave of the court to file.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 15, 2023
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                Chief United States District Judge